# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>TYRONE PATTERSON,<br><br>                Defendant. | Case No.: 2:24-cr-00063-JCM-NJK<br><br>**ORDER**<br><br>(Docket No. 119) |

Pending before the Court is Defendant Tyrone Patterson's motion for a pre-plea presentence investigation report.[1]  Docket No. 119.  The Court **GRANTS** Defendant's motion.

IT IS SO ORDERED.

DATED: November 6, 2024.

                                              _____
                                              NANCY J. KOPPE
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The motion violates LR IA 10-1(a)(1), as the lines of text are not "numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page."  Although the Court grants Defendant's motion despite this violation, counsel is advised that such violations in the future will be considered cause for denial of the request.